UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP A. KOCH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA WATER SERVICE COMPANY,<br><br>　　　　　　Defendant. | Case No. 1:22-cv-01333-ADA-CDB<br><br>**ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE**<br><br>(ECF No. 11) |

Pending before the Court is the parties' stipulation, filed January 23, 2023 (ECF No. 11), seeking to continue the February 15, 2023, Scheduling Conference, based on the parties' mutual interest in conserving resources while they actively are briefing a motion to dismiss pending before the assigned district judge.  Based on the parties' representations in the stipulation and for good cause appearing, the Court ORDERS that the Scheduling Conference set for February 15, 2023, be continued to June 30, 2023, at 9:30 a.m.  The parties are reminded of their obligation to file a joint scheduling report at least one week prior to the conference.

IT IS SO ORDERED.

Dated:   **January 24, 2023**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE